IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ELIZABETH FINLEY, Individually and**                                                                                     **PLAINTIFF**
**on behalf of the Estate and Wrongful Death**
**Beneficiaries of Thomas Finley, Jr., Deceased**

**V.**                                                                                                                           NO. 3:18-CV-78-DMB-JMV

**DAVID DYER, et al.**                                                                                                                     **DEFENDANTS**

## ORDER

On March 28, 2019, the plaintiff filed a "Joint Motion for an Extension of Time to Respond to Filed Motions," which asked the Court for an extension of the *Daubert* and dispositive motion deadline and for leave to withdraw the previously filed *Daubert* and dispositive motions. Doc. #135. In addition to being titled as a "Joint Motion," the motion represented that it was unopposed by the "Defendants referenced" and, in violation of Local Rule 7(b)(10), failed to advise the Court that it was opposed by Cornerstone Systems, Inc. The Court, relying on the apparent non-opposition, granted the motion on March 29, 2019. Doc. #136.

Today, the Court learned through e-mail from Cornerstone Systems' counsel that Cornerstone Systems opposes the motion. Accordingly, the Court's March 29 order [136] is **WITHDRAWN**. Cornerstone may file a response to the motion on or before April 2, 2019. Any reply may be filed on or before April 3, 2019.

**SO ORDERED**, this 1st day of April, 2019.

                                                                             /s/Debra M. Brown
                                                                            **UNITED STATES DISTRICT JUDGE**