# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**ELIZABETH FINLEY, Individually and**                                            **PLAINTIFF**
**on behalf of the Estate and Wrongful**
**Death Beneficiaries of Thomas Finley, Jr.,**
**Deceased**

**V.**                                                                                                  **NO. 3:18-CV-78-DMB-JMV**

**DAVID DYER, et al.**                                                                                       **DEFENDANTS**

## **ORDER REQUIRING EXPEDITED BRIEFING**

This matter is before the Court on the pending motion to compel [153] filed by Plaintiff against Defendant Dyer. In light of the fast-approaching discovery deadline, the response to the motion to compel is due within two (2) business days of today's date. Any replies are due one (1) day thereafter. The Court may either set the matter for an in-person hearing via separate notice or decide the matter without the necessity of a hearing, whichever the Court determines is most appropriate. Should the Court set a hearing, the parties may be required to attend in person, barring a medical reason to be excused.

Discovery problems in this case have necessitated one trial continuance already. Accordingly, all parties obligated to participate in discovery who fail to do so, or who fail to otherwise comply with this Court's orders, will be subject to sanctions as are deemed appropriate under the circumstances.

**SO ORDERED** this 22nd day of April, 2019.

                                                                                                        **/s/ Jane M. Virden**
                                                                                                        **U. S. MAGISTRATE JUDGE**