IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ELIZABETH FINLEY, Individually and**     **PLAINTIFF**
**on behalf of the Estate and Wrongful**
**Death Beneficiaries of Thomas Finley, Jr.,**
**Deceased**

**V.**     **NO. 3:18-CV-78-DMB-JMV**

**DAVID DYER, et al.**     **DEFENDANTS**

### AMENDED ORDER [163]

Before the Court is the unopposed motion of Carl K. Wyatt and Todd Murrah for leave to withdraw as counsel for Defendant David Dyer. For good cause shown, the motion is **GRANTED on the condition that Mr. Wyatt and Mr. Murrah serve Mr. Dyer with a copy of this order and file a certificate of service of the same within two (2) business days of this date.** Upon complying with this order, Mr. Wyatt and Mr. Murrah shall have no further responsibility with regard to representing Defendant David Dyer in this action.

    **SO ORDERED** this 6th day of May, 2019.

    /s/ Jane M. Virden
    U. S. MAGISTRATE JUDGE