IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ELIZABETH FINLEY, Individually and**     **PLAINTIFF**
**on behalf of the Estate and Wrongful**
**Death Beneficiaries of Thomas Finley, Jr.,**
**Deceased**

**V.**     **NO. 3:18-CV-78-DMB-JMV**

**DAVID DYER, et al.**     **DEFENDANTS**

## ORDER REQUIRING ADDITIONAL BRIEFING

A hearing has been set for 6/21/19 on Plaintiff's motion to compel discovery and request for sanctions [175]. *See* Notice [177] of Hearing on Motion [175] to Compel Discovery and Request for Sanctions. Accordingly, prior to the hearing, Plaintiff must brief the following issue: Under what circumstances may a federal court (in a personal injury/wrongful death case) order the Social Security Administration to produce records contained in a disability claimant's file and/or records related to the claimant's disability application? Plaintiff's brief is due by 5:00PM on 6/18/19.

**SO ORDERED** this 12th day of June, 2019.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE