IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ELIZABETH FINLEY, Individually and**     **PLAINTIFF**
**on behalf of the Estate and Wrongful**
**Death Beneficiaries of Thomas Finley, Jr.,**
**Deceased**

**V.**     **NO. 3:18-CV-78-DMB-JMV**

**DAVID DYER, et al.**     **DEFENDANTS**

## ORDER

Before the Court is Plaintiff's Renewed Third Motion to Compel Discovery and Request for Sanctions [175]. Because Plaintiff has today filed Plaintiff's Notice of Withdrawal [184] of that motion, the same is hereby terminated.

**SO ORDERED** this 25th day of June, 2019.

/s/ Jane M. Virden
**U. S. MAGISTRATE JUDGE**